Richard T. Hilovsky (SBN 071221)
960 Saratoga Avenue. Suite 112
San Jose, CA 95129-3411
Tel: (408) 249-3600
Fax: (408) 984-6531

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                        Chapter
                                              Case No. 09-56272-ASW

       Cielo Rosario Ulpindo         REQUEST FOR DEFAULT ORDER RE OBJECTION TO
                                              CLAIM; DECLARATION; CERTIFICATE OF SERVICE
                                              CLAIMANT: Litton Loan Servicing
                                              CLAIM NO: 12

Debtor(s)_____/

    The Debtor(s) [or Trustee] request(s) an Order sustaining the objection to the above claim pursuant to Local Rule 9014.
    On July 27, 2010, a copy of the OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE was served on Claimant as follows:

    * Litton Loan Servicing
    * Bankruptcy Department
    * 4828 Loop Central Drive
    * Houston, TX 77081

    More than twenty (20) days have elapsed since such service and I have been served with no response or request for hearing. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 9/29/2010                  /s/ Richard T. Hilovsky_____
                                     [Attorney for] Objecting Party

CERTIFICATE OF SERVICE

    I am not less than 18 years of age and not a party to the within entitled action. My business address is 960 Saratoga Ave., Ste. #112, San Jose, CA 95129. I served this REQUEST FOR DEFAULT ORDER RE OBJECTION TO CLAIM; DECLARATION; CERTIFICATE OF SERVICE by first-class United States Mail, postage pre-paid, at San Jose, California, on the date noted below and addressed to the Claimant above, and on those listed below. If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 9/29/2010                  /s/ Rod Hilovsky_____

| | | |
|---|---|---|
| * Devin Derham-Burk, Trustee | * Office of the U.S. Trustee | * Litton Loan Servicing |
| * P.O. Box 50013 | * U.S. Federal Building | * Bankruptcy Department |
| * San Jose, CA 95150-0013 | * 280 S. First St., #268 | * 4828 Loop Central Drive |
| * | * San Jose, CA 95113 | * Houston, TX 77081 |